■ WALTER H. RUBINS, Appellant, v SANDRA RUBINS, Respondent.

The challenged award was an appropriate exercise of discretion. Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.